IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sylvester Thompson,

    Plaintiff,

  v.

Rosenthal, Stein & Associates, et al.,

    Defendants.

Case No: 2:14-cv-37

Judge Graham

Magistrate Judge Kemp

## Order

This matter is before the court for consideration of the magistrate judge's report and recommendation filed on December 16, 2014. After conducting a hearing at which the defendants did not appear, the magistrate judge recommended that plaintiff's motion for default judgment be granted in this Fair Debt Collection Practices Act case and that plaintiff be awarded $5000 in damages and $9476.70 in attorneys' fees and costs.

The report and recommendation specifically advised the parties that any objections to the report and recommendation were due within fourteen days. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court hereby adopts the report and recommendation. Judgment shall be entered for plaintiff in the amount of $5000.00 in damages and $9476.70 in attorneys' fees and costs.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: January 16, 2015